No. 81–1282. NATIONAL ORGANIZATION FOR WOMEN, INC., ET AL. *v.* IDAHO ET AL.   D. C. Idaho; and

No. 81–1283. NATIONAL ORGANIZATION FOR WOMEN, INC., ET AL. *v.* IDAHO ET AL.   C. A. 9th Cir.   The parties are invited to file on or before Wednesday, January 20, 1982, responses to the suggestion of the Solicitor General that the Court vacate the judgment of the United States District Court for the District of Idaho on grounds of lack of ripeness, without further briefing or oral argument.

JANUARY 18, 1982

No. 80–1575. CRAIG ET AL. *v.* BICKEL ET AL.; and

No. 80–1624. LARSEN ET AL. *v.* VAN SLOOTEN.   Appeals from Sup. Ct. Mich. dismissed for want of substantial federal question.   Reported below: 410 Mich. 21, 299 N. W. 2d 704.

No. 81–600. HERNANDEZ *v.* CITY OF LAFAYETTE, LOUISIANA, ET AL.   Appeal from Ct. App. La., 3d Cir., dismissed for want of substantial federal question.

No. 81–961. VIGILANT INSURANCE CO. *v.* PITONIAK. Appeal from Ct. App. Mich. dismissed for want of substantial federal question.

No. 81–1078. GELLER *v.* MERIT SYSTEMS PROTECTION BOARD ET AL.   Appeal from C. A. 1st Cir. dismissed for want of jurisdiction.   Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.